JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ALLA ANATOLYEVNA ZORIKOVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KINETICFLIX LLC,<br><br>　　　　Defendant. | Case № 2:19-cv-04214-ODW (GJSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, (ECF No. 158), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///
///
///

1. Defendant Kineticflix LLC shall have **JUDGMENT** in its favor.
2. Plaintiff Alla Anatolyevna Zorikova shall recover nothing from Defendant.
3. Plaintiff's Complaint is dismissed on the merits and with prejudice.

This order shall constitute the **FINAL JUDGMENT** of the Court. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

April 29, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**